IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GREGORY K. WHITT                                               PETITIONER

v.                          No. 4:25-cv-559-DPM

JAMES SCOGGINS, Director,
Arkansas State Hospital                                        RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 9*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Whitt's amended § 2254 petition, *Doc. 1 & 4*, will be dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

6 August 2025